UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  Case No: 8:11-bk-04904-CED
          Chapter 7

Gary M. Iuliano
Rebecca L. Crowe-Iuliano

     Debtor(s).

_____/

# REPORT AND NOTICE OF INTENTION TO SELL PROPERTY OF THE ESTATE "AS IS, IN ITS PRESENT CONDITION"

TO:   Creditors, Debtor(s) and Parties in Interest

John Brook, the Trustee duly appointed and acting for the above-captioned estate reports the availability for purchase of the estate's interest in the property listed in this notice that he intends to sell on, or after the twenty first (21st) day from the date this document is entered on the docket, the following property of the estate of the Debtor(s), under the terms and conditions set forth below:

1. **Description of Property:** Bankruptcy Estate's interest in real property located at 3984 Whispering Oaks Dr. North Port, FL. 34287 and more particularly described as: Lot 269, HERON CREEK, UNIT 3, as per plat thereof recorded in Plat Book 42, Page 29, Public Records of Sarasota County, Florida; and any fixtures and non exempt appliances contained therein.

****IMPORTANT NOTICE TO ALL CREDITORS ANDINTERESTED PARTIES****

WRITTEN OBJECTIONS TO THE REPORT, IF ANY, ARE TO BE FILED WITH THE CLERK, U.S. BANKRUTPCY COURT, 801 N. FLORIDA AVE., #555, TAMPA, FLORIDA 33602, AND SERVE COPIES ON THE TRUSTEE, V. JOHN BROOK, 2520 ML KING STREET NORTH, ST. PETERSBURG, FL 33704.
THE OBJECTION TO THE SALE SHALL STATE THE REASONS FOR THE OBJECTION AND SHALL INCLUDE A REQUEST FOR A HEARING ON THE OBJECTION. IF NO OBJECTION IS FILED WITHIN TWENTY ONE (21) DAYS FROM THE DATE THIS DOCUMENT IS ENTERED ON THE DOCKET, THE TRUSTEE WILL COMPLETE THIS SALE ON THE TERMS SET FORTH BELOW WITHOUT FURTHER NOTICE OF HEARING PURSUANT TO LOCAL BANKRUTPCY RULE 6004-1

2. **Manner of Sale:** Private Sale

3. **Terms of Sale:** Cash

4. **Buyer:** SLG Trustee Services as trustee of the 3984 Whispering Oaks Dr. Land Trust

5. **Sale Price:** $4000.00

6. This property is being sold "As, Is, where Is" with no warranties of any kind. The Trustee makes no representation or warranty of no liens. Any lienors the Trustee believes to be existing are listed below:

| Lienholder | Amount | Nature of Secured Interest |
|---|---|---|
| Bank United<br>PO Box 538613<br>Atlanta, Ga. 30353-8613 | $305,000.00* | (1st mortgage)* |

*as per the Debtor(s) bankruptcy schedules.

It is the buyer's responsibility to examine title or otherwise identify any encumbrances not disclosed. **The foregoing sale is subject to all consensual and non-consensual liens and encumbrances as indicated on the Debtor(s)' bankruptcy schedules, and any and all known and unknown liens, including IRS and/or other delinquent taxes.**

7. In the case of private sales, the Trustee will entertain any higher bids for the purchase of the assets of the Debtor(s) which the Trustee proposes to sell. Such bids must be in writing and accompanied by a deposit of 100% of the proposed higher purchase price. Any higher bid must be received by the Trustee at the address listed below no later than the close of business on 21 days from the date of mailing by the Bankruptcy Court as indicated below. The Trustee will only accept higher bids in increments

of $500.00. If more than one bid has been received, a telephone auction will occur among the bidders on the earliest date the Trustee can arrange the auction, after said twenty one (21) days.

Dated: June 6, 2011

_____
V. JOHN BROOK JR., ESQ.
2520 ML KING ST. N.
ST. PETERSBURG, FL 33704
FL BAR # 136142
727-821-5010

copies to be provided by CM/ECF service, except that a true & correct copy of hte foregoing was provided by US Mail to:
GARY & REBECCA IULIANO, 3984 WHISPERING OAKS DR, NORTH PORT, FL 34287
L. MURRAY FITZHUGH, 2167 S. TAMIAMI TR, VENICE, FL 34293
And by electronic mail to:
US TRUSTEE